| | | | | | |
|---|---|---|---|---|---|
| 15-324 | State v. Kane | Reconsideration denied | 11/18/15 | Benn. Crim. | 126/509 |
| 14-380 | Johnston v. City of Rutland | Affirmed | 11/19/15 | Rut. Civ. | 126/509 |
| 14-476 | State v. Piquette | Affirmed | 11/19/15 | Windham Crim. | 126/509 |
| 15-046 | State v. Trapani | Affirmed | 11/19/15 | Benn. Crim. | 126/509 |
| 15-084 | In re Brown | Affirmed | 11/19/15 | Windham Civ. | 126/509 |
| 15-095 | State v. Ennis | Affirmed | 11/19/15 | Benn. Crim. | 126/509 |
| 15-145 | State v. Foley | Affirmed | 11/19/15 | Benn. Crim. | 126/509 |
| 15-174 | Langrock Sperry & Wool, LLP v. Felis | Affirmed | 11/19/15 | Chit. Civ. | 126/509 |
| 15-203 | Kane v. Pallito | Affirmed | 11/19/15 | Wash. Civ. | 126/509 |
| 15-206 15-207 | State v. Dunbar | Affirmed | 11/19/15 | Cal. Crim. | 126/509 |
| 15-238 | In re Two Bad Cats LLC Conditional Use Permit | Affirmed | 11/19/15 | Envtl. Div. | 126/509 |
| 15-265 | Chandler v. Rutland Herald Publishing | Affirmed | 11/19/15 | Windham Civ. | 126/509 |
| 15-283 | In re L.D. | Affirmed | 11/19/15 | Chit. Fam. | 126/509 |
| 15-285 | In re M.J. | Affirmed | 11/19/15 | Frank. Fam. | 126/509 |
| 15-205 | In re Hovey Act 250 Permit | Affirmed | 11/20/15 | Envtl. Div. | 126/510 |
| 15-056 | State v. Snyder | Review denied | 11/23/15 | Benn. Crim. | 126/510 |
| 15-362 | In re PRB No. 2016.045 | Admonition | 11/23/15 | Orig. Juris. | 126/510 |
| 13-408 | State v. Dow | Dismissed | 11/23/15 | Windham Crim. | 126/510 |
| 15-422 | Rivard v. Hathaway | Denied | 11/23/15 | Orig. Juris. | 126/510 |
| 15-429 | In re Robtoy | Dismissed | 11/23/15 | Frank. Civ. | 126/510 |